# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 14, 2017

155104

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

LAURA PAUL,
        Plaintiff-Appellee,

v

                                       SC: 155104
                                       COA: 334923
                                       Genesee CC: 2015-315680-PP

CHRISTOPHER MICHAEL PAUL,
        Defendant-Appellant.

_____/

      On order of the Court, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 14, 2017



Clerk

t0411